**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EARNEST BUCKLEY,                                                                                          PLAINTIFF
ADC #130278

v.                                              No. 4:11CV00722 JLH/JTR

RICHARDS, Sergeant,
Saline County Detention Center                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's October 6, 2011 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 10th day of November, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE